| | |
|---|---|
| 1 | BLEAU/FOX, A.P.L.C. |
| | THOMAS P. BLEAU (152945) |
| 2 | GENNADY L. LEBEDEV, Of Counsel (179945) |
| | 3575 Cahuenga Boulevard West, Suite 580 |
| 3 | Los Angeles, California 90068 |
| | Telephone:  (323) 874-8613 |
| 4 | Facsimile:   (323) 874-1234 |
| | E-mail:  bleaushark@aol.com |
| 5 | E-mail:  glebedev@bleaufox.com |
| | Attorneys for Plaintiffs |
| 6 | |
| | GLYNN & FINLEY, LLP |
| 7 | ADAM FRIEDENBERG, Bar No. 205778 |
| | JONATHAN A. ELDREDGE, Bar No. 238559 |
| 8 | One Walnut Creek Center |
| | 100 Pringle Avenue, Suite 500 |
| 9 | Walnut Creek, CA 94596 |
| | Telephone: (925) 210-2800 |
| 10 | Facsimile: (925) 945-1975 |
| | E-mail: afriedenberg@glynnfinley.com |
| 11 |      jeldredge@glynnfinley.com |
| 12 | Attorneys for Defendant |
| | ConocoPhillips Company |
| 13 | |

14                    UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | NRU, INC. | **Case No.** 5:09-cv-02853-RMW |
| 17 | Plaintiff, | **[] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
| 18 | v. | |
| 19 | CONOCOPHILLIPS COMPANY, et al. | |
| 20 | | |
| 21 | | |

- 1 -

ORDER OF DISMISSAL

1  Pursuant to the stipulation between the parties, this action is hereby Ordered
2  Dismissed in its entirety pursuant to Federal Rule of Civil Procedure 41(a). The
3
4  parties shall bear their own costs, attorneys' fees and experts' fees.
5      IT IS SO ORDERED
6
7
8  Dated: \_\_\_\_FEB_____, 2012     _____
9                                        The Honorable Ronald M. Whyte
                                      Judge of the United States District Court

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -
STIPULATION TO CONTINUE MOTION FOR ATTORNEYS FEES